UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAM MORALES,

    Petitioner,

    v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. C19-948RSM

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation ("R&R") of the Honorable Brian A. Tsuchida, United States Magistrate Judge, (Dkt. #8) and the Objections filed by Petitioner. Dkt. #9. The R&R accurately details the requirement for Petitioner to exhaust his state court remedies prior to initiating this federal habeas corpus petition. Dkt. #8 at 1–3. Petitioner's Objections do not address this essential issue,[1] and do not otherwise make relevant

---

[1] The closest that Petitioner comes is noting that exhaustion is not required where "there is an absence of available State corrective process" or "circumstances exist that render such process ineffective to protect the rights of the applicant." 28 U.S.C. § 2254(b)(1)(B)(i)–(ii). But Petitioner provides only a conclusory argument that "[s]ince Article I section 26 of the Washington State Constitution directly violates Petitioner's United States civil and constitutional rights [by not requiring a grand jury in every case], there is 'no available state corrective process' and 'circumstances do exist that render such process ineffective to protect['] such rights." Dkt. #9 at 7. This conclusory argument does nothing to demonstrate that Petitioner actually lacks adequate state court remedies.

ORDER – 1

legal arguments that conflict with the R&R. Upon this Court's de novo review the Court agrees with the reasoning of the R&R and nothing contained in the Objections or record herein causes the Court to question the R&R.

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Petitioner's Objections, and the remaining record, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. #8);
2. Petitioner's federal habeas petition (Dkt. #4) is DENIED and DISMISSED without prejudice;
3. Petitioner is DENIED issuance of a certificate of appealability;
4. To the extent Petitioner has sought leave to proceed in forma pauperis, the Court DENIES that request as moot;
5. This action is CLOSED.
6. The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 24 day of July, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2